**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In the matter of: | : | Chapter | 13 |
| | : | | |
| **Quincella Maeder** | : | Case No. | 11-51618 |
| | : | | |
| Debtor | : | Judge: | C. Kathryn Preston |

### MOTION TO MODIFY A CONFIRMED CHAPTER 13 PLAN

Now comes the debtor herein, Quincella Maeder, by and through counsel, and hereby moves this Court for an Order modifying her Chapter 13 plan by increasing her plan payments from $1,300.00 to $1,700.00 per month, effective September 1, 2015. The dividend to unsecured creditors shall remain at one (1) percent. No unsecured creditor will be adversely affected.

The plan will complete in approximately 9 months which is 60 months from confirmation.

The reasons for the modification are more specifically outlined in the memorandum that follows. Copies of debtor's Amended Schedules I and J are attached and hereby incorporated by reference.

The original plan was confirmed on May 18, 2011 and provided for a dividend of 1% to unsecured creditors. No other post-confirmation modifications have occurred.

**Respectfully submitted,**

/s/ Robert D. Bergman
**Robert D. Bergman** OH Supr Crt No. 0001475
Attorney for Debtor(s)
3099 Sullivant Avenue
Columbus, Ohio 43204
Phone: (614) 279-8276
Fax: (614) 308-0613
bankruptcy@byattorneys.com

## MEMORANDUM IN SUPPORT

Debtor's current plan is projected to run 64 months from confirmation. This modification would adjust Debtor's income and expenses to allow the plan to complete within 60 months.

The plan will still complete within approximately (60) months.

/s/ Robert D. Bergman
**Robert D. Bergman** OH Supr Crt No. 0001475
Attorney for Debtor(s)

# NOTICE OF RIGHT TO RESPOND
# WITHIN TWENTY-ONE (21) DAYS

Movant has filed papers with the Court to grant the approval of the attached Motion to Modify a Confirmed Chapter 13 Plan.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with one.

If you do not want the Court to grant the relief sought in the attached Motion, or if you want the Court to consider your views on the Motion, then or before **twenty-one (21) days from the date set forth in the attached certificate of service for the Motion to Modify a Confirmed Chapter 13 Plan**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to: Clerk of Courts, United States Bankruptcy Court, 170 N. High Street, Columbus, OH 43215, OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF system, or by 2) regular U.S. Mail to:

| | |
|---|---|
| U.S. Trustee | Frank M. Pees |
| United States Bankruptcy Court | Chapter 13 Trustee |
| 170 N High Street, Suite 200 | 130 E. Wilson Bridge Rd., Ste 200 |
| Columbus, OH 43215 | Worthington, OH 43085 |

Robert D. Bergman
3099 Sullivant Avenue
Columbus, OH 43204

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion to Modify a Confirmed Chapter 13 Plan and may enter an Order granting that relief.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to Modify a Confirmed Chapter 13 Plan and Notice of Right to Respond was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF system at the e-mail address registered with the Court today, 28th day of August, 2015.

**Respectfully submitted,**

/s/ Robert D. Bergman
**Robert D. Bergman** OH Supr Crt No. 0001475
Attorney for Debtor(s)
3099 Sullivant Avenue
Columbus, Ohio 43204
Phone: (614) 279-8276
Fax: (614) 308-0613
bankruptcy@byattorneys.com

**Parties Served Electronically:**

**Elizabeth Alphin**   loubknotices@mapother-atty.com
**Asst US Trustee (Col)**   ustpregion09.cb.ecf@usdoj.gov
**Mary L Bendycki**   maryb@byattorneys.com, marybendycki@yahoo.com;brook@byattorneys.com;bankruptcy@byattorneys.com
**Robert D Bergman**   bankruptcy@byattorneys.com, byattorneys@gmail.com
**Kerri Nunley Bruckner**   sohbk@lsrlaw.com
**LeAnn E Covey**   bknotice@johndclunk.com
**Brian M Gianangeli**   bgianangeli@mifsudlaw.com
**Frank M Pees**   trustee@ch13.org

**Parties Served Via U.S. Mail:**

**Educational Credit Management Corporation**
PO Box 75906
St Paul, MN 55175

**National Capital Management, LLC**
8245 Tournament Drive
Suite 230
Memphis, TN 38125

**PRA Receivables Management, LLC**
PO Box 41067
Norfolk, VA 23541

All parties listed on attached creditor matrix

Fill in this information to identify your case:

Debtor 1: **Quincella Maeder**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number: **2:11-bk-51618**
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income                                                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | Staff Specialist II | Retired |
| Employer's name | State of Ohio |  |
| Employer's address | 30 E. Broad Street<br>Columbus, OH 43215 |  |
| How long employed there? | 22 years |  |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,298.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 4,298.00 | $ 0.00 |

| Debtor 1 | **Quincella Maeder** | | Case number (*if known*) | **2:11-bk-51618** |
|---|---|---|---|---|

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ **4,298.00** | $ **0.00** |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ **546.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | | $ **284.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: **Retirement (OPERS)** | 5h.+ | | $ **198.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ **1,028.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ **3,270.00** | $ **0.00** |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | | $ **0.00** | $ **475.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | | $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: | 8h.+ | | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ **0.00** | $ **475.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ **3,270.00** + $ **475.00** = | $ **3,745.00** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____ 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

    12. $ **3,745.00**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: **Debtor will be discontinuing her Deferred Compensation which is not yet reflected in her pay advices.**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Quincella Maeder** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 2:11-bk-51618 |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses                                                                                      12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   
   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                       4. $ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes                                                         4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance                              4b. $ **112.00**
   4c. Home maintenance, repair, and upkeep expenses                             4c. $ **0.00**
   4d. Homeowner's association or condominium dues                               4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans  5. $ **0.00**

| Debtor 1 | **Quincella Maeder** | Case number (if known) | **2:11-bk-51618** |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **200.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **50.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **0.00**
   - 6d. Other. Specify: **Cable & Internet/ phone** — 6d. $ **172.00**
   - **cell phone** — $ **175.00**
7. **Food and housekeeping supplies** — 7. $ **408.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **60.00**
10. **Personal care products and services** — 10. $ **0.00**
11. **Medical and dental expenses** — 11. $ **100.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **335.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **20.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **171.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Real Estate Taxes** — 16. $ **150.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: **parking  fees** — 21. +$ **92.00**
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ **2,045.00**
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **3,745.00**
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ **2,045.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ **1,700.00**
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Quincella Maeder**      Case No. **2:11-bk-51618**
Debtor(s)      Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 28, 2015**      Signature **/s/ Quincella Maeder**
                                             **Quincella Maeder**
                                             Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:11-bk-51618<br>Southern District of Ohio<br>Columbus<br>Wed Aug 26 12:20:51 EDT 2015 | Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Educational Credit Management Corporation<br>PO Box 75906<br>St Paul, MN 55175 |
| National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Am Cred& Col<br>921 Oak St<br>Scranton, PA 18508-1235 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Beneficial Ohio, Inc.<br>c/o HSBC Consumer Lending Mort. Services<br>636 Grand Regency Blvd.<br>Brandon, FL 33510-3942 | Beneficial/hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 71083<br>Charlotte NC  282721083 | CardWorks<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| CashNetUSA.com<br>200 W. Jackson Blvd., 14th Floor<br>Chicago, IL 60606-6929 | Cashwise<br>4775 E. Broad<br>Columbus, OH 43213-3828 | Central Ohio Pathology Assoc.<br>PO Box 951427<br>Cleveland, OH 44193-0016 |
| Chase Bank<br>3415 Vision Drive, OH4-7164<br>Columbus, OH 43219-6009 | Chexsystems<br>7805 Hudson Road<br>Woodbury, MN 55125-1703 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 |
| Citifinancial<br>358 S. Hamiliton Rd.<br>Columbus, OH 43230-3311 | City of Columbus Income Tax Division<br>50 W. Gay St.<br>4th Floor<br>Columbus, OH 43215-9037 | Credit Management<br>4200 International Parkway<br>Carrollton, TX 75007-1912 |
| EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 |
| Firstsource Financial Solutions, LLC<br>1232 W State Rd 2<br>Riverside<br>La Porte, IN 46350-5469 | Franklin County Treasure<br>Edward Leonard<br>373 South High St., 17th floor<br>Columbus, OH 43215-6306 | Franklin County Treasurer<br>Edward Leonard<br>373 S High St 17th Fl<br>Columbus OH 43215-6306 |
| HSBC Consumer Lending Mortgage Services<br>PO Box 21188<br>Eagan MN 55121-0188 | HSBC Consumer MTG<br>332 South Michigasn Ave., Ste 600<br>Chicago, IL 60604-4318 | Home Shopping Network<br>PO Box 530993<br>Atlanta, GA 30353-0993 |

```
I C System Inc                          Internal Revenue Service              John D. Clunk Co, L.P.A
Po Box 64378                            P.O. Box 7346                         4500 Courthouse Blvd.
Saint Paul, MN 55164-0378               Philadelphia, PA 19101-7346           Suite 400
                                                                              Stow, OH 44224-6839


LSF9 Master Participation Trust         Law Office of Mitchell N. Kay, P.C.   Mt Carmel Health
Caliber Home Loans, Inc.                Huntington Bank                       Corporate Service Center
13801 Wireless Way                      7 Penn Plaza, Suite 1500              Customer Service Center
Oklahoma City, OK 73134-2500            New York, NY 10001-3922               Customer Service 2nd Floor
                                                                              6150 E Broad St
                                                                              Columbus OH 43213-1574


Ohio Dental Group                       Ohio Department of Taxation           Ohio Department of Taxation
5180 E. Main St.                        Bankruptcy Division                   Compliance Division
Columbus, OH 43213-2436                 P.O. Box 530                          PO Box 1090
                                        Columbus, OH 43216-0530               Columbus, OH 43216-1090


Ohio Dept of Taxation Compliances Div   Ohio State Department of Taxation     Ohio State Dept. of Taxation
P.O Box 182402                          30 E. Broad Street                    150 E. Gay St.
Columbus, OH 43218-2402                 Columbus, OH 43215-3414               21st Floor
                                                                              Columbus, OH 43215-3191


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    RAB Inc                               Revenue Recovery/Collection Enforcement
PO BOX 41067                            P O Box 34111                         For Ohio Attorney General Richad Cordray
NORFOLK VA 23541-1067                   Memphis, TN 38184-0111                150 East Gay St., 21st floor
                                                                              Columbus, OH 43215-3191


Rhett A. Plank                          Robert Maeder                         Sallie Mae
2500 Corporate Exchange Dr., Suite 150A 3403 Compton Dr                       Po Box 9500
Columbus, OH 43231-7665                 Columbus, OH 43219-3322               Wilkes-barre, PA 18773-9500


Sallie Mae Inc. on behalf of GLHEC      Sallie Mae Inc. on behalf of USA FUNDS Santander (HSBC)
2401 International Lane                 Attn: Bankruptcy Litigation Unit E3149 8585 N Stemmons Fwy Ste
Madison, WI 53704-3121                  P.O. Box 9430                         Dallas, TX 75247-3836
                                        Wilkes-Barre, PA 18773-9430


Santander Consumer USA                  Santander Consumer USA Inc            Slmecf/glhec
PO Box 660633                           8585 N Stemmons Fwy                   2401 International Ln
Dallas, TX 75266-0633                   Suite 1100-N                          Madison, WI 53704-3121
                                        Dallas TX 75247-3822


Star Bank/GLHEC                         The Ohio Bell Telephone Company       USCB Corporation
P. O. Box 7860                          % AT&T Services Inc.                  P.O. Box 75
Madison, WI 53707-7860                  Attorney: James Grudus, Esq.          Archbald, PA 18403-0075
                                        One AT&T Way, Room 3A218
                                        Bedminster, NJ 07921-2693


Unique National Collec                  United Collect Bur Inc                United Credit Recovery, LLC
119 E Maple St                          5620 Southwyck Blvd Ste               PO Box 953245
Jeffersonville, IN 47130-3439           Toledo, OH 43614-1501                 Lake Mary, FL 32795-3245
```

Unvl/citi
Po Box 6241
Sioux Falls, SD 57117-6241

WOW Internet and Cable
PO Box 5715
Carol Stream, IL 60197-5715

Wells Fargo
PO Box 5943
Sioux Falls, SD 57117-5943

eCAST Settlement Corporation assignee of
CitiFinancial Inc
POB 29262
New York NY 10087-9262

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085-2391

Quincella Maeder
3403 Compton Dr.
Columbus, OH 43219-3322

Robert D Bergman
3099 Sullivant Ave
Columbus, OH 43204-1897

   The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
   by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

   The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC Consumer Lending Mortgage Services, I

(u)Ohio Department of Taxation

(u)Santander Consumer USA, Inc

(d)National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741

End of Label Matrix
Mailable recipients    66
Bypassed recipients     4
Total                  70